**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Amarion De Quan Shirley, | ) | Case No. 1:26-cr-064 |
| | ) | |
| Defendant. | ) | |

---

On April 15, 2026, Defendant filed a Waiver of Detention Hearing. (Doc. No. 53). That same day the court issued an order in which it accepted Defendant's waiver and ordered Defendant detained pending trial. (Doc. No. 55).

On October 5, 2026, Defendant filed a motion to modify the order of detention. (Doc. No. 115). Therein he requests that the court modify its detention order to state that he shall remain in custody until a residential reentry placement is available.

There being no objection from the United States, the court **GRANTS** Defendants' motion (Doc. No. 115) and **AMENDS** its detention order to reflect that Defendant shall remain in custody until a residential reentry placement is available.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court